[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 23, 2008
THOMAS K. KAHN
CLERK

No. 07-13309
Non-Argument Calendar

_____

D. C. Docket No. 04-00442-CR-02-BBM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DOROTHY COCHRAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(January 23, 2008)**

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, Esq., appointed counsel for Dorothy Cochran, has

filed a motion to withdraw on appeal supported by a brief prepared pursuant to

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals counsels' assessment of the relative

merit of the appeal is correct.  Independent examination of the entire record reveals

no arguable issues of merit, therefore, counsel's motion to withdraw is

**GRANTED**, and Cochran's conviction and sentence are **AFFIRMED**.